3:16-cv-03126-SEM-TSH  # 12    Page 1 of 8
3:16-cv-03126-SEM-TSH  # 10    Page 1 of 8
E-FILED
Friday, 24 June, 2016 02:16:40 PM
Friday, September, 2016 02:36:40 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Martell D Brownlee #M03033,

        Plaintiff

vs.

Lt' Zenk #10264
Lt' Sheffler #11234
Lt' Fisher #10080
C.O Buller
C.O Collins
C.O Wohlfeil
C.O Icenogle Christopher
Davis Richard K,

        Defendant(s)

SCANNED AT STATEVILLE CC and E-mailed
6/24/16 by BH  8 pages

Case No. 16-CV-03126
(The case number will be assigned by the clerk)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

[X] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: ~~[illegible]~~ Martell D Brownlee

Prison Identification Number: ~~[illegible]~~ M03033

Current address: ~~Western Illinois C.C. 2500 Rt 99 South Mt Sterling Il 62353~~ Stateville C.C. P.O. Box 112 Joliet Il 60434

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Lt Zenk #10264

Current Job Title: Lieutentant

Current Work Address: Western Illinois C.C. 2500 Rt 99 South Mt Sterling Il 62353

Defendant #2:

Full Name: Lt Sheffler #11234

Current Job Title: Lieutentant

Current Work Address: Western Illinois CC 2500 Rt 99 South Mt. Sterling Il 62353

Defendant #3:

Full Name: Lt Fishel #10080

2

Current Job Title: Lientenant

Current Work Address: Western Illinois C.C. 2500 Rt 99 South Mt, Sterling Il 62353

Defendant #4:

Full Name: C.O Buller

Current Job Title: Correctional officer

Current Work Address: Western Illinois C.C. 2500 Rt 99 South Mt Sterling Il 62353

Defendant #5:

Full Name: C.O. Collins

Current Job Title: Correctional Officers

Current Work Address: Western Illinois C.C. 2500 Rt 99 South Mt, Sterling Il 62353

For additional defendants, provide the information in the same format as above on a separate page.

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☐     No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒     No ☐

3

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

 1. Name of Case, Court and Docket Number  8th Amendment (no hot water) Northern District #15-C-8191

 2. Basic claim made  N/A

 3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)  Dismiss

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

  Yes ☒   No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ☒  No ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Western Il C.C.

Date(s) of the occurrence  9/20/15 at 7:35pm

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

I file a civil rights violation to the 8th amendment alleging excessive use of force against Lit Zent #10264 This Lieutenant push me threw a set of doors while I was handcuff behide my back. He also ram my head off the concret ground and tighten the handcuffs on my wrist stopping the blood flow. This Lieutenant kicked in punch me while I was on the ground in handcuff in I was assaulted by him from housing unit R-4 all away to segregation where he continue to assault me. Lt. Shaffer #11234 responded to a 10-10 call to where the incident was taking place outside of housing unit R-4 while I was already on the ground in he begin kicking in kneeing me. He help with the assault all away to segregation unit where to assault continue to go on. C.O Buller, C.O. Collins responded to the 10-10 call outside of housing unit R-4 in they help with the excessive use of force by punching, kicking me why I was on the ground handcuff behide my back. These 2 correctional officers (C.O. Buller, C.O Collins) help take me to segregation where they continue to use excessive use of force. Lt Fishel #10080 responded to a 10-10 call outside of housing unit R-4 where I was on the ground handcuff behide my back in started punching me in the ribs then he push my head to the concret then put his hand on the back of my head with all his weight smashing my head on the ground. This Lieutentant acting in the assault all the way to

5

segregation unit where he continue to act with force toward me. I was took out of all my clothes by the name individuals then threw in a hold cell why I was still handcuff behide my back. L't Fishel #10080 then told me to get up, come to the choke hole so he can take the handcuffs off. I got up the best way I knew how to with my hands behide my back. I told the Lientenant that they was bogs for beating me up like they just did why crying. He told me shut up in turn around in stick my hands out while taken a can of mase from his belt. He said if I say another word he would spray me with the mase. I turn around like I was ask and soon as I did he sprayed me with the mase in my face, nose and eyes I feel on the ground in he sprayed me on my private parts with the mase. L't Fishel #10080 spraying me with c/s as constituted cruel and unusal punishment and that punishment was inflicted ingliciously and sadistically for the purpose of causing harm to me. C.O. Icenogle Christopher is on the adjustment committee allege retaligtion claim by him saying "if I was beating off in the shower this wouldn't happen to me" when I ask him I don't understand why they assaulted me like they did. I also allege violation of Due Process clause of the 14th amendment to the Constitution for confinement in segregation in not looking at the facts of the incident. Davis Richard K is the chairman of the adjustment committee I allege the retaligtion claim and violation of the Due process clause of the 14th amendment for confinement in segregation for not looking at the facts of the incident in sideing with the officers. I made these 2 individuals above (C.O. Icenogle, Davis Chairman) that I haven't got seen by no one in medical since the incident happen which was on 9/20/15 this was 9/25/15 when I went to hear the ticket in they did nothing about helping me get seen by a nurse or a doctor. I would like to see if the video tape of the hole incident he brought in the discovery because it was caught on tape

6

I would also like all the individuals to be held accountable for not getting me medical attention when this incident happen. I had cuts on my face, cuts in my head, back, knee. I had no feeling in my right or left hand from when Lt Zenk #10264 use the handcuffs as a weapon when he tighten them on my wrist in bent my fingers back. From the incident that took place from the individuals in the excessive use of force I have no feeling in 2 of my fingers on my left hand. (Pinky, wedding hand fingers) I have headach for no reason.

## RELIEF REQUESTED

(State what relief you want from the court.)

I would like to be awarded compensatory damage in the amount of a $100,000 dollars. I would like for action to be taking to keep this kind of thing from happen to other inmates. I would like for body cams to be place on correctional officers to stop excessive use of force. Thank you!!!

JURY DEMAND    Yes ☐    No ☒

Signed this _____ day of ____6/24____, 20 _16_.

(Signature of Plaintiff)

| Name of Plaintiff: Martell Brownlee | Inmate Identification Number: M63633 |
|---|---|
| Address: State Ville P.O. Box 112 Joliet IL 60434 | Telephone Number: |

8