Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Martell Brownlee,** | ) |
| Plaintiff, | ) |
| vs. | ) Case Number: 16-3126 |
| James Zenk, Todd Sheffler, Robert Fishel, Joseph Butler, Joel Collins, Wohlfeil, Richard K. Davis, and Christoph Icenogle, | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED**, pursuant to the Order entered by United States District Judge Sue E. Myerscough on October 19, 2017, judgment is entered in favor of the Defendants and against the Plaintiff.   This case is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 37 and 41(b).

  Pursuant to the Merit Review Opinion of 9/30/2016, Wohlfeil, Richard K. Davis, and Christoph Icenogle were dismissed as Defendants.

**Dated:   November 13, 2017**

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court