# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

May 2, 2018

To:  Kenneth A. Wells
UNITED STATES DISTRICT COURT
Central District of Illinois
United States Courthouse & Federal Building
Springfield , IL 62701-0000

| No. 17-3461 | MARTELL BROWNLEE, Plaintiff - Appellant<br><br>v.<br><br>JAMES ZENK, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:16-cv-03126-SEM-TSH<br>Central District of Illinois<br>District Judge Sue E. Myerscough ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

CHOOSE ONE OF THE FOLLOWING:         no record to be returned

DATE OF COURT ORDER:         03/02/2018

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                    **Received by:**

     5/2/2018                                                  G. Langheim

form name: **c7_Mandate**(form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## PLRA C.R. 3(b) FINAL ORDER

May 2, 2018

| | |
|---|---|
| No. 17-3461 | MARTELL BROWNLEE, Plaintiff - Appellant<br><br>v.<br><br>JAMES ZENK, et al., Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:16-cv-03126-SEM-TSH<br>Central District of Illinois<br>District Judge Sue E. Myerscough | |

The pro se appellant was DENIED leave to proceed on appeal in forma pauperis by the appellate court on March 2, 2018 and was given fourteen (14)days to pay the $505.00 filing fee. The pro se appellant has not paid the $505.00 appellate fee. Accordingly,

**IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

**IT IS FURTHER ORDERED** that the appellant pay the appellate fee of $505.00 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of *Section 1915(b)*. <u>Newlin v. Helman</u>, 123 F.3d 429, 433 (7th Cir. 1997).

form name: **c7_PLRA_3bFinalOrder**(form ID: **142**)